UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **RICHARD ROE,**<br><br>　　　Plaintiff,<br><br>　　　　　-against-<br><br>**THE HOTCHKISS SCHOOL,**<br><br>　　　Defendant. | Civil Action No.: 3:18-cv-01701-VLB<br><br><br><br><br>October 16, 2018 |

## MOTION TO TRANSFER

　　　In accordance with the provisions of Local Rule 40(b)(1)a, Plaintiff Richard Roe respectfully moves this Court to transfer this action to the docket of Judge Victor A. Bolden to whom an earlier-filed, related case – *John Doe v. The Hotchkiss School*, Civil Action No. 3:15-cf-00160 (VAB) - is already assigned.  In completing the Civil Cover Sheet in connection with the filing of this action, Plaintiff's counsel identified the earlier-filed *John Doe* lawsuit as a case that was related to this *Richard Roe* lawsuit.

　　　Local Civil Rule 40(b) provides as follows: "(1) All cases will be assigned to a single Judge from filing to termination.  a. In the event that it is subsequently determined that there is pending in this District a related case assigned to a different Judge, the later-filed case should normally be transferred to the Judge having the earliest filed case that remains pending."  The rule further provides that "the presiding Judge in a later-filed, related case will consider whether transfer is appropriate …  promptly after learning of an earlier-filed, related case pending before another Judge of this Court."  The rule provides, finally, that

"[l]ater-filed, related cases may be transferred by the presiding Judge … upon motion of any party, with the consent of the transferee Judge."

One of the reasons for this rule is the familiarity a judge naturally acquires from the earlier action with the legal issues presented in the later-filed action. *See Lundstedt v. People's United Bank,* Civil Action No. 3:14-cv-01479 (JAM), 2015 U.S. Dist. LEXIS 15762, at *7-8 (D. Conn., Feb. 10, 2015).

The Complaints here at issue were filed in both actions by two former Hotchkiss students in their mid-teens, each of whom alleges that he was sexually assaulted by the same faculty predator, a male pedophile and sexual abuser employed for many years by The Hotchkiss School. Although the two complaints were filed by two different victims who allege that they were sexually assaulted on different dates, they contain the identical legal claims, the same defendant boarding school, the same perpetrator utilizing the same motive, opportunity, intent, preparation, plan and overall modus operandi, similar horrific acts, and the substantially same factual background. These cases are not only related, but closely related.

The familiarity with all of the legal and factual issues gained by Judge Bolden during the more than three and one-half years he has overseen the proceedings in the earlier-filed, related *John Doe* lawsuit would be of substantial benefit to the parties in this action and would serve the interests of justice and judicial economy.

WHEREFORE, Plaintiff requests that this Court grant his Motion To Transfer.

RICHARD ROE

By: <u>/s/ Hugh W. Cuthbertson</u>
Hugh W. Cuthbertson #ct04133
Glenn A. Duhl #ct03644
Zangari Cohn Cuthbertson
 Duhl & Grello P.C.
59 Elm Street, Suite 400
New Haven, CT 06510
HWC Tel.: (203) 786-3710
GAD Tel.: (203) 786-3709
Facsimile: (203) 782-2766
hcuthbertson@zcclawfirm.com
gduhl@zcclawfirm.com
**Attorneys for Plaintiff**

### CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2018, a copy of the foregoing Motion to Transfer was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing, as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

<u>/s/ Hugh W. Cuthbertson</u>
Hugh W. Cuthbertson