UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICHARD ROE, | : | CIVIL NO. 3:18-CV-01701-VAB |
| Plaintiff, | : | |
| v. | : | |
| THE HOTCHKISS SCHOOL, | : | |
| Defendant. | : | DECEMBER 20, 2018 |

## MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 12(b)(6), the Defendant the Hotchkiss School respectfully moves to dismiss the Complaint's Fourth Claim for Relief (Intentional Infliction of Emotional Distress) and Fifth Claim for Relief (Breach of Fiduciary Duty). For the reasons set forth more fully in the accompanying memorandum of law, the Plaintiff's claim for intentional infliction of emotional distress should be dismissed because the alleged acts of sexual abuse by the School's employee are beyond the scope of employment and thus do not constitute conduct that is imputable to the School. Moreover, under Connecticut law, nonfeasance or a failure to act does not constitute extreme and outrageous conduct as a matter of law. As such, this claim cannot be sustained.

The Plaintiff's fiduciary duty claim should also be dismissed because, under well-established Connecticut law, the relationship of a student and a school is not fiduciary in nature. Nor has the Plaintiff alleged any facts that would support a finding that a fiduciary relationship existed between the Plaintiff and the School. As such, the breach

**ORAL ARGUMENT REQUESTED**
**TESTIMONY NOT REQUIRED**

of fiduciary duty claim fails to state a claim upon which relief may be granted and should be dismissed.

WHEREFORE, the Defendant The Hotchkiss School respectfully requests that this motion to dismiss be granted and the Fourth and Fifth Claims for Relief be dismissed.

        **DEFENDANT,**
        **THE HOTCHKISS SCHOOL**

        By: */s/ Bradford S. Babbitt*
            Bradford S. Babbitt (ct13938)
            Jeffrey J. White (ct25781)
            Kathleen E. Dion (ct28605)
            Robinson & Cole LLP
            280 Trumbull Street
            Hartford, CT 06103-3597
            Tel. No.: (860) 275-8200
            Fax No.: (860) 275-8299
            E-mail: *bbabbitt@rc.com; jwhite@rc.com; kdion@rc.com*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this 20th day of December, 2018, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

                                        */s/ Bradford S. Babbitt*
                                        Bradford S. Babbitt