UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **RICHARD ROE,**<br><br>    Plaintiff,<br><br>    -against-<br><br>**THE HOTCHKISS SCHOOL,**<br><br>    Defendant. | Case No.: 18-cv-01701-(VLB) |

### UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 6(b)(1) and Rule 7(b) of the Local Civil Rules of the United States District Court for the District of Connecticut, Plaintiff Richard Roe respectfully moves for an extension of time of two weeks, up to and including January 24, 2019, in which to file his response to Hotchkiss's Motion to Dismiss. The current response deadline is January 10, 2019. This is the first motion for extension of time Plaintiff has sought.

Hotchkiss's counsel consents to the granting of this motion.

Good cause exists for this extension of time. Plaintiff's counsel has been diligently preparing Plaintiff's response; however, due to several other briefing deadlines Plaintiff's counsel already has in the first weeks of January, as well as the intervening holidays, Plaintiff's counsel requires a short extension to complete and file the response.

WHEREFORE, pursuant to Local Civil Rule 7(b) and Federal Rule of Civil Procedure 6(b)(1), Plaintiff respectfully requests that he be granted an extension of time through and including January 24, 2019, in which to file his response to Hotchkiss's motion to dismiss.

Dated:      December 21, 2018

                                      Annika K. Martin

**Wendy R. Fleishman**
wfleishman@lchb.com
**Annika K. Martin**
akmartin@lchb.com
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
**250 Hudson Street, 8th Floor**
**New York, NY 10013-1413**
**Telephone: (212) 355-9500**
**Facsimile: (212) 355-9592**

**Hugh W. Cuthbertson #ct0413**
hcuthbertson@zcclawfirm.com
**Glenn A. Duhl #03644**
gduhl@zcclawfirm.com
**Zangari Cohn Cuthbertson Duhl & Grello P.C.**
**59 Elm Street, Suite 400**
**New Haven, CT 06510**
**Telephone: (203) 789-0001**
**Facsimile: (203) 782-2766**

**Fabrice N. Vincent**
fvincent@lchb.com
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
**275 Battery Street, 29th Floor**
**San Francisco, CA 94111-3339**
**Telephone: (415) 956-1000**
**Facsimile: (415) 956-1008**

*Attorneys for Plaintiff Richard Roe*

-3-

## PROOF OF SERVICE

The undersigned hereby certifies that on this 21st day of December, 2018, a copy of Unopposed Motion for Extension of Time to File Response to Motion to Dismiss was electronically filed with the Clerk of Court of the United States District Court for the District of Connecticut, using the CM/ECF system, which will send a Notice of Electronic filing to all parties of record.

Dated at New York City, New York this 21st of December, 2018.

_____
**Annika K. Martin**
**(admitted *pro hac vice*)**