UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICHARD ROE, | : | CIVIL NO. 3:18-CV-01701-VAB |
| Plaintiff, | : | |
| v. | : | |
| THE HOTCHKISS SCHOOL, | : | |
| Defendant. | : | APRIL 15, 2019 |

**MOTION TO RESCHEDULE**
**ORAL ARGUMENT FOR MOTION TO DISMISS**

The undersigned counsel for Defendant, The Hotchkiss School, respectfully request that the Court reschedule the oral argument for the Motion to Dismiss (Doc. No. 42). Counsel for both sides have conferred and are all available April 22, 2019, May 1, 2019, May 2, 2019, or May 3, 2019.

**DEFENDANT,**
**THE HOTCHKISS SCHOOL**

By: _/s/ Bradford S. Babbitt_
Bradford S. Babbitt (ct13938)
Jeffrey J. White (ct25781)
Kathleen E. Dion (ct28605)
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. No.: (860) 275-8200
Fax No.: (860) 275-8299
E-mail: *bbabbitt@rc.com; jwhite@rc.com; kdion@rc.com*

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that, on this 15th day of April, 2019, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

                                            */s/ Bradford S. Babbitt*
                                            Bradford S. Babbitt