UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

RICHARD ROE,

        Plaintiff,

              -against-

THE HOTCHKISS SCHOOL,

        Defendant.

Case No.: 18-cv-01701 (VLB)

**REPLY IN SUPPORT OF PLAINTIFF'S
EMERGENCY MOTION FOR PROTECTIVE ORDER**

Defendant The Hotchkiss School ("Hotchkiss") has no objection to most of what Plaintiff is asking for here. Hotchkiss does not object to Roe continuing to prosecute this case as Richard Roe. Hotchkiss does not object to the requirement that Roe's identity may be disclosed to third-parties only during the course of, or to the extent necessary in preparation for, deposition or trial testimony in this action, or to the extent necessary to determine whether third parties are proper deponents or witnesses in this action. Hotchkiss does not object to the requirement that every individual to whom Roe's identity is disclosed must read and be bound by this Court's order and must sign the Acknowledgement and Agreement to be Bound. Indeed, Hotchkiss does not object to any of the provisions in Plaintiff's proposed protective order other than the requirement that Roe be notified as to whom Hotchkiss plans to disclose his identity prior to such disclosure.

Notifying Roe of who Hotchkiss intends to disclose his identity to in advance of such disclosure will not hamper Hotchkiss's defense of this case in the slightest. It will not stop them from choosing who they wish to notify, it will not stop them from interviewing or deposing those potential witnesses. On the other hand, notifying Roe will allow him to know who is being told

about his childhood trauma that he has kept pushed down and locked away for so many years. He

has kept this deep, painful secret for decades, and he deserves to know who Hotchkiss is telling it

to, and to be assured that those Hotchkiss is telling are bound by a protective order of this Court

to keep it confidential themselves and not gossip it to others.

Therefore, because Hotchkiss does not object to any of the provisions in the proposed

protective order other than notifying Roe beforehand of who it intends to disclose his identity to,

and because Hotchkiss's defense will not be limited or hampered in any way by such

notification, the Court should grant Plaintiff's motion in its entirety and enter the protective order

proposed by Plaintiff and submitted with his motion.

Dated:  July 17, 2019

_____
Annika K. Martin

Wendy R. Fleishman
wfleishman@lchb.com
Annika K. Martin
akmartin@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY  10013-1413
Telephone: (212) 355-9500
Facsimile: (212) 355-9592

Hugh W. Cuthbertson #ct0413
hcuthbertson@zcclawfirm.com
Glenn A. Duhl #03644
gduhl@zcclawfirm.com
Zangari Cohn Cuthbertson Duhl & Grello P.C.
59 Elm Street, Suite 400
New Haven, CT 06510
Telephone: (203) 789-0001
Facsimile: (203) 782-2766

Fabrice N. Vincent
fvincent@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

*Attorneys for Plaintiff Richard Roe*

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2019, a copy of the foregoing REPLY IN SUPPORT OF

PLAINTIFF'S EMERGENCY MOTION FOR PROTECTIVE ORDER was filed electronically

and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent

by email to all parties by operation of the Court's electronic filing system or by mail to anyone

unable to accept electronic filing, as indicated on the Notice of Electronic Filing. Parties may

access this filing through the Court's CM/ECF System.

1807035.1