UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

RICHARD ROE,

Plaintiff,

v.

THE HOTCHKISS SCHOOL,

Defendant.

CIVIL NO. 3:18-cv-01701-VLB

**FRCP RULE 29 STIPULATION TO SHARE DISCOVERY**

In the interest of efficiency and pursuant to Fed. R. Civ. P. 1, the parties hereby agree that depositions and documents pertaining to The Hotchkiss School and taken and/or produced in *Doe v. The Hotchkiss School*, 3:15-cv-00160 (VAB) may be used in this action, *Roe v. The Hotchkiss School* 3:18-cv-01701-VLB, as if taken and/or produced in this action, *Roe v. The Hotchkiss School,* 3:18-cv-01701-VLB.

Documents and/or testimony marked confidential in the *Doe v. The Hotchkiss School*, 3:15-cv-00160, shall remain confidential and shall be subject to the same protective order conditions as set forth in protective orders in *Doe v. The Hotchkiss School*, 3:15-cv-00160 and in *Roe v. The Hotchkiss School,* 3:18-cv-01701-VLB.

To the extent possible, the identity of John Doe will not be revealed in this action. To the extent any documents or testimony sought to be used in this action contain the true identity of John Doe, it shall be redacted before use in this litigation. However, nothing in this paragraph will preclude the Parties from using the videotaped depositions of John Doe or any other witness.

Dated: October 25, 2019

[signature]

Fabrice N. Vincent
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3309
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
fvincent@lchb.com

Wendy R. Fleishman
Annika K. Martin
Patrick I. Andrews
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Telephone: (212) 355-9500
Facsimile: (212) 355-9592
wfleishman@lchb.com
akmartin@lchb.com
pandrews@lchb.com

Hugh W. Cuthbertson
Glenn Duhl
ZANGARI COHN CUTHBERTSON DUHL
& GRELLO P.C.
59 Elm Street, Suite 400
New Haven, CT 06510
Telephone: (203) 789-0001
Facsimile: (203) 782-2766

*Attorneys for Plaintiff Richard Roe*

Dated: October 25, 2019

*/s/ Kate Dion*

Kathleen E. Dion (ct28605)
Email: kdion@rc.com
Bradford S. Babbitt (ct13938) */s/ Kate Dion*
Email:bbabbitt@rc.com
Jeffrey J. White (ct25781)
Email: jwhite@rc.com
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. No.: (860) 275-8200
Fax No.: (860) 275-8299

*Attorneys for Defendant The Hotchkiss School*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 25th day of October, 2019, a copy of FRCP Rule 29 Stipulation To Share Discovery was sent via email and U.S. mail to Bradford S. Babbitt, Jeffery J. White and Kathleen E. Dion, at Robinson & Cole, LLP, 280 Trumbull Street, Hartford, CT 06103-3597.

Dated at San Francisco, California, this 25th day of October, 2019.

Fabrice N. Vincent