UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RICHARD ROE, : | |
| : | |
| Plaintiff, : | CIVIL NO.: 3:18-CV-01701(VAB) |
| : | |
| -against- : | |
| : | |
| THE HOTCHKISS SCHOOL, : | |
| : | |
| Defendant. : | FEBRUARY 5, 2020 |

**THE HOTCHKISS SCHOOL'S MOTION TO CONTINUE
TELEPHONIC STATUS CONFERENCE UNTIL THE CLOSE OF DISCOVERY**

Defendant, The Hotchkiss School ("Hotchkiss") hereby files this motion seeking a continuance of the telephonic status conference, currently scheduled for February 6, 2020 at 10:00 A.M. On March 13, 2019, the Court scheduled a Post-Discovery Telephonic Status Conference and, at the time, fact discovery was scheduled to close on January 31, 2020. *See* Amended Scheduling Order (Doc. Entry No. 52) and Court Notice (Doc. Entry No. 53). Since that time, the Scheduling Order has been amended various times and the current fact discovery deadline has been extended to June 1, 2020. *See* Motion to Modify Scheduling Order (Doc. Entry No. 94). Accordingly, Hotchkiss respectfully requests that the Post-Discovery Telephonic Status Conference be continued until after the close of fact discovery on June 1, 2020.

DEFENDANT,
THE HOTCHKISS SCHOOL

By *Jeffrey J. White*
   Jeffery J. White (ct25781)
   E-mail: jwhite@rc.com
   Bradford S. Babbitt (ct13938)
   E-mail: bbabbitt@rc.com
   Kathleen E. Dion (ct28605)
   E-mail: kdion@rc.com
   Robinson & Cole LLP
   280 Trumbull Street
   Hartford, CT 06103-3597
   Tel. No.: (860) 275-8200
   Fax No.: (860) 275-8299

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on this date, February 5, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent via e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Jeffrey J. White*
Jeffrey J. White
