UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

RICHARD ROE,
    *Plaintiff*,
    v.

THE HOTCHKISS SCHOOL,
    *Defendant*.

No. 3:18-cv-1701 (VAB)

**AMENDED SCHEDULING ORDER**

Following its granting of the parties' Joint Motion to Modify the Scheduling Order, the Court adopts the following amended schedule in this case:

- Damages analysis due **April 20, 2020**;
- Plaintiff's expert disclosures and reports due **April 20, 2020**;
- Deposition of Plaintiff's expert witnesses by **May 21, 2020**;
- Defendant's expert disclosures and reports due **July 2, 2020**;
- Deposition of Defendant's experts by **August 7, 2020**;
- Fact discovery shall be completed by **July 16, 2020**;
- Post-Discovery Telephonic Status Conference shall be **July 23, 2020, at 10:30 a.m.** Once all parties are on the line, and only then, please call Chambers at (203) 579-5562;
- Dispositive motions due **September 3, 2020**;
- Joint Trial Memorandum due **September 17, 2020** (or 30 days after the Court rules on any dispositive motions;
- Trial ready date shall be **October 19, 2020** (or 30 days after the submission of the Join Trial Memorandum).

**SO ORDERED** at Bridgeport, Connecticut, this 9th day of March 2020.

                                      /s/ Victor A. Bolden
                                      VICTOR A. BOLDEN
                                      UNITED STATES DISTRICT JUDGE