UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICHARD ROE, | : | CIVIL NO. 3:18-CV-01701-VAB |
| | : | |
| Plaintiff, | : | |
| V. | : | |
| | : | |
| THE HOTCHKISS SCHOOL | : | |
| | : | JUNE 14, 2021 |
| Defendant. | : | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Plaintiff and the Defendant in the above-captioned case hereby stipulate to a dismissal of this action with prejudice, each party to bear their own attorneys' fees, costs and expenses.

**PLAINTIFF,**
**RICHARD ROE**

**DEFENDANT,**
**THE HOTCHKISS SCHOOL**

By: _/s/ Annika K. Martin_
    Wendy R. Fleishman (admitted *Pro Hac Vice*)
    Annika K. Martin (admitted *Pro Hac Vice*)
    Patrick Andrews (admitted *Pro Hac Vice*)
    LIEFF CABRESER HEIMANN &
    BERNSTEIN, LLP
    250 Hudson Street, 8th Floor
    New York, NY 10013-1413
    Tel. No.: (212) 355-9500
    Fax No.: (212) 355-9592
    Email: wfleishman@lchb.com;
    akmartin@lchb.com; pandrews@lchb.com

    Fabrice N. Vincent
    LIEFF CABRESER HEIMANN &
    BERNSTEIN, LLP
    275 Battery Street, 29th Floor
    San Francisco, CA 94111
    Tel. No.: (415) 956-1000
    Email: fvincent@lchb.com

By: _/s/ Jeffrey J. White_
    Bradford S. Babbitt (ct13938)
    Jeffrey J. White (ct25781)
    Kathleen E. Dion (ct28605)
    Sandra M. Lautier (ct29886)
    Robinson & Cole LLP
    280 Trumbull Street
    Hartford, CT 06103-3597
    Tel. No.: (860) 275-8200
    Fax No.: (860) 275-8299
    E-mail: bbabbitt@rc.com; jwhite@rc.com;
    kdion@rc.com; slautier@rc.com

Hugh W. Cuthbertson
ZANGARI COHN CUTHBERTSON
DUHL & GRELLO P.C.
59 Elm Street, Suite 400
New Haven, CT 06510
Tel. No.: (203) 789-0001
Fax No.: (203) 782-2766
Email: hcuthbertson@zcclawfirm.com

Dated: _____       **SO ORDERED:**
    Bridgeport, Connecticut

                                              _____
                                              Hon. Victor A. Bolden, U.S.D.J.